November 8, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

LETICIA B. LOYA, Appellant

NO. 14-10-00864-CV                          V.

MIGUEL ANGEL LOYA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Miguel Angel Loya, signed September 3, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Miguel Angel Loya, to pay all costs incurred in this appeal. We further order this decision certified below for observance. We further order this decision certified below for observance.